IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD, and "TP," a minor,<br>Plaintiffs,<br>v.<br>COUNTY OF CONTRA COSTA, et al.,<br>Defendants. | Case No. 19-cv-07597-MMC<br><br>**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS ALLEGED ON BEHALF OF TP** |

On July 31, 2020, plaintiff Andrea Wood ("Wood") (1) advised the Court that plaintiffs' attorney is now deceased and (2) requested an opportunity to locate new counsel. By order filed August 11, 2020, the Court granted Wood's request and directed her to file a statement, no later than October 2, 2020, setting forth what steps she has taken to obtain new counsel. In said order, the Court also made clear that plaintiff TP, who is a minor, may not appear without counsel. To date, no statement has been filed nor has any appearance been made on plaintiffs' behalf by new counsel.

Accordingly, TP's claims are hereby DISMISSED, without prejudice to T.P.'s asserting those claims, if he wishes to do so, after he reaches the age of majority. See Johns v. County of San Diego, 114 F.3d 874, 876, 878 (9th Cir. 1997) (holding "guardian or parent cannot bring a lawsuit on behalf of a minor in federal court without retaining a lawyer"; dismissing without prejudice claims asserted on behalf of minor who lacked counsel).

**IT IS SO ORDERED.**

Dated: October 14, 2020

MAXINE M. CHESNEY
United States District Judge